JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARDINE GOUGIS,<br><br>     Plaintiff,<br><br>     vs.<br><br>SOCIETY OF THE SPECTACLE INC.; and DOES 1 to 10,<br><br>     Defendants. | Case No.: 2:24-cv-04183-RGK (SKx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION  [11] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until September 15, 2024.

SO ORDERED.

DATED: 8/16/2024

_____
R. Gary Klausner
United States District Judge